## IN THE UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **FANCHON CAREY-SMALLS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.** |
| **v.** | ) | **1:16-cv-02974-AT** |
| | ) | |
| **DACHSER USA AIR & SEA,** | ) | **JURY TRIAL DEMANDED** |
| **LOGISTICS INC. f/k/a** | ) | |
| **DACHSER TRANSPORT OF** | ) | |
| **AMERICA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO STAY DEADLINES PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS

Pursuant to Federal Rule of Civil Procedure 7 and Northern District of Georgia Local Rule 7.1, the parties request that the Court stay all existing deadlines in this case, including Defendant's Responsive Pleading Deadline, for the Parties' Rule 26(f) conference, submission of a Joint Preliminary Planning Report, and Initial Disclosures, through December 12, 2016, to permit the Parties to attempt to resolve this case. The Parties have discussed the merits of Plaintiff's claims and are optimistic that they will be able to resolve this case by December.

The Parties state that this request is not made in bad faith or for the purposes of delay or prejudice, but instead for the purposes of potentially settling and resolving this lawsuit.  The Parties request will allow them to attempt to resolve this case without the need for additional litigation.

Should the Parties be unable to settle this matter by December 12, the Parties will so inform the Court and propose a deadline for Defendant's Responsive Pleading and a schedule for filing the Joint Proposed Scheduling Order.

A proposed order is attached hereto for the Court's convenience.

Dated: November 14, 2016                    Respectfully submitted,


                                            */s/ Eric Magnus*_____
                                            Eric R. Magnus
                                            Georgia Bar No. 801405
                                            JACKSON LEWIS, P.C.
                                            1155 Peachtree St., NE
                                            Suite 1000
                                            Atlanta, Georgia 30309-3600
                                            Telephone: 404-525-8200
                                            Facsimile: 404-525-1173
                                            Email:      magnuse@jacksonlewis.com

                                            Counsel for Defendant

                                            */s Benjamin Kandy*_____
                                            Benjamin B. Kandy
                                            Georgia Bar No. 765357
                                            ben@bkandylaw.com
                                            The Law Office of Benjamin B. Kandy
                                            534 Medlock Road Suite 109

Decatur, Georgia 30030
T: (678) 824-2251
F: (678) 401-0398

Counsel for Plaintiff

**IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **FANCHON CAREY-SMALLS,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action File No.** |
| **v.** ) | **1:16-cv-02974-AT** |
| ) | |
| **DACHSER USA AIR & SEA,** ) | **JURY TRIAL DEMANDED** |
| **LOGISTICS INC. f/k/a** ) | |
| **DACHSER TRANSPORT OF** ) | |
| **AMERICA, INC.** | |
| ) | |
| **Defendant.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2016, a copy of the

foregoing **JOINT MOTION TO STAY DEADLINES PENDING**

**RESOLUTION OF SETTLEMENT DISCUSSIONS** was filed with the Clerk of

the Court via the Case Management/Electronic Court Filing system which will

automatically send an email notification of such filing to the following counsel of

record:

Benjamin B. Kandy
Georgia Bar No. 765357
ben@bkandylaw.com

*/s/Eric Magnus*

Georgia Bar Number 801405

**IN THE UNITED STATES DISTRICT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **FANCHON CAREY-SMALLS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.** |
| **v.** | ) | **1:16-cv-02974-AT** |
| | ) | |
| **DACHSER USA AIR & SEA,** | ) | **JURY TRIAL DEMANDED** |
| **LOGISTICS INC. f/k/a** | ) | |
| **DACHSER TRANSPORT OF** | ) | |
| **AMERICA, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PROPOSED ORDER

The parties' **JOINT MOTION TO STAY DEADLINES PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** is hereby **GRANTED**. Deadlines previously set related to submission of a Joint Preliminary Planning Report and Initial Disclosures in this case are hereby enlarged to December 12, 2016.

This _____ day of _____, 2016.

_____
United States District Judge

4838-7421-0108, v. 1