IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANCHON CAREY-SMALLS, | : |
| | : |
| | : |
| Plaintiff, | : |
| v. | :   CIVIL ACTION NO. |
| | :   1:16-cv-2974-AT |
| DACSHER USA AIR & SEA | : |
| LOGISTICS, INC., | : |
| | : |
| Defendant. | : |

## ORDER

The Parties have jointly moved for a stay of the proceedings in this matter while they attempt to resolve the case [Motion, Doc. 8]. The Court **GRANTS** the Parties' Motion [Doc. 8]. The Court also **ADMINISTRATIVELY CLOSES** this matter. The Parties are **DIRECTED** to file a Joint Motion seeking approval of their settlement agreement or a Joint Status Update by January 3, 2017. The Clerk is **DIRECTED** to resubmit this matter to the undersigned on January 3, 2017 in the event that the Parties have not filed a stipulation of dismissal.

**IT IS SO ORDERED** this 15th day of November, 2016.

_____
**Amy Totenberg**
**United States District Judge**