IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FANCHON CAREY-SMALLS,  )<br>  )<br>  )<br>    **Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>DACHSER USA AIR & SEA,  )<br>LOGISTICS INC. f/k/a  )<br>DACHSER TRANSPORT OF  )<br>AMERICA, INC.  )<br>  )<br>    **Defendant.**  ) | Civil Action File No.<br>1:16-cv-02974-AT<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO EXTEND STAY PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS

Pursuant to Federal Rule of Civil Procedure 7 and Northern District of Georgia Local Rule 7.1, the parties request that the Court extend the stay of all existing deadlines in this case, including Defendant's Responsive Pleading Deadline, for the Parties' Rule 26(f) conference, submission of a Joint Preliminary Planning Report, and Initial Disclosures, through March 6, 2017, to permit the Parties to attempt to resolve this case. Since the Court entered its initial stay, the Parties have exchanged detailed settlement offers and counteroffers based on their own investigations of the facts and law applicable to Plaintiff's claims. The Parties

1

are optimistic that this brief additional extension will permit them to resolve this case by March 6, 2017.

The Parties state that this request is not made in bad faith or for the purposes of delay or prejudice, but instead for the purposes of potentially settling and resolving this lawsuit. The Parties request will allow them to attempt to resolve this case without the need for additional litigation.

Should the Parties be unable to settle this matter by March 6, 2017, the Parties will so inform the Court and propose a deadline for Defendant's Responsive Pleading and a schedule for filing the Joint Proposed Scheduling Order.

A proposed order is attached hereto for the Court's convenience.

Dated: February 3, 2017                Respectfully submitted,


                                       */s/ Eric Magnus*_____
                                       Eric R. Magnus
                                       Georgia Bar No. 801405
                                       JACKSON LEWIS, P.C.
                                       1155 Peachtree St., NE
                                       Suite 1000
                                       Atlanta, Georgia 30309-3600
                                       Telephone: 404-525-8200
                                       Facsimile: 404-525-1173
                                       Email:     magnuse@jacksonlewis.com

                                       Counsel for Defendant

*/s Benjamin Kandy*
Benjamin B. Kandy
Georgia Bar No. 765357
ben@bkandylaw.com
The Law Office of Benjamin B. Kandy
534 Medlock Road Suite 109
Decatur, Georgia 30030
T: (678) 824-2251
F: (678) 401-0398

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **FANCHON CAREY-SMALLS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action File No.** |
| v. | ) | **1:16-cv-02974-AT** |
| | ) | |
| **DACHSER USA AIR & SEA,** | ) | **JURY TRIAL DEMANDED** |
| **LOGISTICS INC. f/k/a** | ) | |
| **DACHSER TRANSPORT OF** | ) | |
| **AMERICA, INC.** | | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2017, a copy of the foregoing **JOINT MOTION TO EXTEND STAY PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** was filed with the Clerk of the Court via the Case Management/Electronic Court Filing system which will automatically send an email notification of such filing to the following counsel of record:

Benjamin B. Kandy
Georgia Bar No. 765357
ben@bkandylaw.com

*/s/Eric Magnus*
Georgia Bar Number 801405

4

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FANCHON CAREY-SMALLS,    ) | |
| ) | |
| ) | |
|     **Plaintiff,**    ) | |
| ) | **Civil Action File No.** |
| v.    ) | **1:16-cv-02974-AT** |
| ) | |
| DACHSER USA AIR & SEA,    ) | **JURY TRIAL DEMANDED** |
| LOGISTICS INC. f/k/a    ) | |
| DACHSER TRANSPORT OF    ) | |
| AMERICA, INC. | |
| ) | |
|     **Defendant.**    ) | |

**PROPOSED ORDER**

The parties' **JOINT MOTION TO EXTEND STAY PENDING RESOLUTION OF SETTLEMENT DISCUSSIONS** is hereby **GRANTED**. Deadlines previously set related to submission of a Joint Preliminary Planning Report and Initial Disclosures in this case are hereby enlarged to March 6, 2017.

This \_\_\_\_ day of _____, 2017.

_____
United States District Judge

4848-6985-5041, v. 1