IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANCHON CAREY-SMALLS, : | |
| : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. |
| : | 1:16-cv-2974-AT |
| DACSHER USA AIR & SEA : | |
| LOGISTICS, INC., : | |
| : | |
| Defendant. : | |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement [Doc. 16].  The Court reviews the Settlement Agreement for adequacy, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The Court has reviewed the proposed Settlement Agreement and considered counsel's explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter.  Based on the totality of counsel's explanation, the Court finds that the Settlement Agreement under the circumstances of this case is fair, adequate, and reasonable.

THEREFORE, the Court **GRANTS** the Parties' Joint Motion [Doc. 16] and **APPROVES** the settlement as a fair, reasonable, and adequate resolution of this action.  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

2

**IT IS SO ORDERED** this 19th day of April, 2017.

_____
**Amy Totenberg
United States District Judge**